## 21682. GAYTON *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of an assault with intent to murder. The evidence, while wholly circumstantial, was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of his guilt; and, the finding of the jury having been approved by the trial judge, and no error of law being complained of, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED SEPTEMBER 4, 1931.

*Horace D. Shattuck,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Dean Owens,* contra.